```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

IN RE:
   Carr

v.                              CIVIL ACTION NO. 2:00-cv-00022
                                Section D (5)
                                BANKRUPTCY NO. 87-15434


NOTICE TO PARTIES - BANKRUPTCY APPEALS TO DISTRICT COURT
------------------------------------------------------------

   A Notice of Appeal in the above-captioned case has been entered on the docket of the United States District Court for the Eastern District of Louisiana on January 6, 2000.

   Your attention is called to Bankruptcy Rule 8009, which provides that "the appellant shall serve and file his brief within fifteen (15) days after entry of the appeal on the docket; appellee shall serve and file his brief within fifteen (15) days after service of the brief of appellant; a reply brief may be served and filed by appellant within ten (10) days thereafter."

   Please note that all pleadings should include both the bankruptcy proceeding number and the civil action number.

                                LORETTA G. WHYTE, CLERK

                                By: _____
                                    Deputy Clerk


                                            JAN  6 2000
                                Date of Mailing _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -5 A 10: 14

LORETTA G. WHYTE
CLERK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

1999 NOV -8 P 4: 40

| | |
|---|---|
| IN RE: JACQUELINE CARR | BANKRUPTCY NO. 87-15434 |
| | SECTION "B" |
| 00-0022 SECT D MAG 5 | CHAPTER 11 converted to CHAPTER 7 |

___

NOTICE OF APPEAL

Jacqueline Carr, debtor, pro se, hereby gives Notice of her Appeal to the United States District Court from Order Allowing Sale of Estate Assets, and Appeal, entered October 27, 1999, including, but not limited to (1) Order Disallowing Disqualification of John M. Holahan as attorney for Robert S. Robertson (2) Order Denying Filing of Adversary Proceedings against Robert S. Robertson disputing claims against estate and (3) Order of Sale of Assets.  The Trustee's Order of Sale has not been served upon Jacqueline Carr as of the day of filing this Notice of Appeal, November 9, 1999.  Copy of Orders are attached and incorporated herein, and transcript is being ordered for appellate purposes.

New Orleans, Louisiana, this __9th__ day of __November__, 1999.

TRUE COPY
JAN 3 2000
CHARLES BUSCH, Acting Clerk
UNITED STATES BANKRUPTCY COURT
NEW ORLEANS, LA.

Respectfully submitted,

_Jacqueline Carr_
JACQUELINE CARR, PRO SE, DEBTOR
585 Cross Gates Boulevard
Slidell, LA. 70461
(504) 781-2230

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 1