UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JACQUELINE CARR

CIVIL ACTION: 2000cv 0022
SECTION  D (5)
BANKRUPTCY  NO: 87-15434

U.S DISTRICT COURT
Eastern District of Louisiana

FILED    JAN 2 1 2000

LORETTA G. WHYTE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Now comes Jacqueline Carr, appellant, in proper person, and
Respectfully moves for an Extension of Time in which to File
Appellant's Brief in Bankruptcy Appeal #2000-CV-00022 for the
following reasons:

1.  The bankruptcy appeal was lodged on January 6, 2000
    according to "date of mailing;" however appellant
    did not receive the briefing schedule until
    Monday, January 10, 2000, and was out-of-town
    from January 14-January 20, 2000 due to previously
    scheduled business.

2.  The transcript of proceedings from the lower Court has
    not been received and the transcript is necessary for
    appellate purposes, so that the true happenings of the
    lower Court can be reviewed by higher courts.

3.  This request for extension of time is not interposed
    for delay, but for the express purpose of obtaining
    a transcript which is an appellate right and to have
    adequate time to prepare and brief the issues on appeal,
    after the transcript is filed as an appellate record
    with notice to appellant.

WHEREFORE, Jacqueline Carr, in proper person, prays
for an order granting extension of time to file appellant's brief
up to and including fifteen (15) days after the filing of the
transcript on appeal in the Federal record.

Respectfully submitted,

JACQUELINE CARR, PRO SE
535 Cross Gates Boulevard
Slidell, Louisiana  70461
(504) 781-2230

JAN 2 6 2000

DATE OF ENTRY_____

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc.No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JACQUELINE CARR                CIVIL ACTION:2000cv00022
                                      SECTION D (5)
                                      BANKRUPTCY NO; 87-15434

ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT'S
ORIGINAL BRIEF

Considering the foregoing Motion for Extension of Time

To File Appellant's Brief filed by Jacqueline Carr, in proper person,

for lack of transcript and inadequate time to prepare brief,

IT IS HEREBY ORDERED that Jacqueline Carr's Motion

For Extension of Time to File Appellant's Brief is hereby

_____ up to and including the 15th day after filing and

lodging of the official Transcript on Appeal of lower

Court proceedings October 27, 1999.

THIS _____ DAY OF _____ 2000,

New Orleans, Louisiana.

                        _____
                        UNITED STATES DISTRICT COURT
                        JUDGE

January 25, 2000

    DENIED.  Appellant has made no showing that she has even
requested the transcript as she is required to do under Bankruptcy
Rule 8007.  Further, the court has been advised by the Bankruptcy
Court personnel that Appellant has neither requested the preparation
of the transcript nor paid for the estimated cost of the transcript
which, under the rules of the Bankruptcy Court applicable to all
appellants, must be done before the transcript is prepared.

                        _____
                        UNITED STATES DISTRICT COURT
                        CHIEF JUDGE