

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 25 P 4: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JACQUELINE CARR    *    CIVIL ACTION
                          *    NO: 00-0022
                          *    SECTION: "D"(5)

### ORDER OF DISMISSAL

Appellant Jacqueline Carr filed her Notice of Appeal from the Bankruptcy Court in this court on January 5, 2000. (*See* Record, Doc. No. 1). The Notice of Appeal was entered on this court's docket on January 6, 2000, and Appellant was ordered to file her brief within fifteen (15) days after the entry of the appeal on the docket. (*See* Record, "Notice to Parties").

On January 21, 2000, Appellant filed a "Motion for Extension of Time to File Appellant's Brief" in which Appellant requested an extension of 15 days "after the filing of the transcript on appeal in the Federal record." However, the court DENIED this motion because Appellant made no showing that she had even requested the transcript as she is required to do under Bankruptcy Rule 8007. Further, this court has been advised by the Bankruptcy Court

DATE OF ENTRY JAN 26 2000



personnel that as of January 25, 2000, Appellant has neither requested the preparation of the transcript nor paid for the cost of the transcript which must be done before the transcript is prepared. Accordingly;

**IT IS ORDERED** that this matter be and is hereby **DISMISSED FOR FAILURE TO PROSECUTE**.

New Orleans, Louisiana, this 25 day of JAN, 2000.

_____
A. J. McNAMARA
CHIEF JUDGE