

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: JACQUELINE CARR     *     CIVIL ACTION
                           *     NO: 00-0022
                           *     SECTION: "D"(5)

### ORDER REINSTATING APPEAL

Having considered the Motion for Reinstatement of Appeal and Motion for Reconsideration of Denial of Motion for Extension of Time to File Appellant's Brief filed by Appellant Jacqueline Carr,

**IT IS ORDERED** that Jacqueline Carr's Motion for Reinstatement of Appeal be and is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Jacqueline Carr file into this court's record, **by March 1, 2000,** a copy of the transcript which she has requested from the bankruptcy reporter;

**IT IS FURTHER ORDERED** that Appellant Jacqueline Carr serve and file her brief within fifteen (15) days after entry of the copy of the transcript on this court's docket, and Appellee serve and file his brief within fifteen (15) days after service of Appellant's brief; a reply brief may be served and filed by Appellant within

DATE OF ENTRY  FEB 10 2000



ten (10) days thereafter.

***FAILURE OF APPELLANT TO COMPLY WITH ANY OF the ORDERS CONTAINED HEREIN WILL RESULT IN THE DISMISSAL OF HER APPEAL.***

New Orleans, Louisiana, this ___9th___ day of ___Feb___, 2000.

_____
A. J. MCNAMARA
CHIEF JUDGE