UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
2000 APR 17 A 11:50
LORETTA G. WHYTE
CLERK

IN RE; JACQUELINE CARR

CIVIL APPEAL: CV-00-022

SECTION "D" (5)

BANKRUPTCY NO.: 87-15434

---

### MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S BRIEF

NOW INTO COURT, through undersigned counsel, comes Jean O. Turner, Trustee in the bankruptcy of Jacqueline Carr, bankruptcy number 87-15434, who moves for an extension of time to Fle her reply brief in the above referenced Appeal for the following reasons:

I.

An Appeal was taken by the debtor from an Order rendered by Judge Brown dated October 26, 1999. The Appeal was subsequently dismissed. However, it has now been reinstated.

II.

Counsel for the trustee has only recently received the pleading and the Order of this Court dated February 9, 2000, setting a 15 day return day on any reply brief to be filed by the trustee. The trustee has not previously requested an extension, and hereby requests one in order to file a reply brief herein. The granting of such an extension will not prejudice the debtor as the property which is the subject of Judge Brown's Order has already been sold. In point of fact, this Appeal is rendered moot by the sale dated February 14, 2000 of all of the assets referenced in Judge Brown's Order dated October 26, 1999.

DATE OF ENTRY
APR 1 8 2000


NEWMAN, MATHIS, BRADY,
   WAKEFIELD & SPEDALE
A Professional Law Corporation
212 Veterans Boulevard
Metairie, Louisiana 70005
(504) 837-9040

By: _____
      GERARD O. SALASSI IV
      LA Bar Roll No. 19769

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the U.S. Mail, postage prepaid, this 17 day of April, 2000.

_____
GERARD O. SALASSI IV

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE;  JACQUELINE CARR

CIVIL APPEAL: CV-00-022

SECTION "D" (5)
BANKRUPTCY NO.: <u>87-15434</u>

## ORDER

Considering the Motion for Extension of Time filed by the trustee;

**IT IS ORDERED** that trustee be granted an extension of time and that Jean O. Turner, Trustee, be granted an extension of time until April 28, 2000, to file a reply brief.

New Orleans, Louisiana, this _11_ day of _April_, 2000.

_____
JUDGE