FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2000 APR 26  A 10: 11

LORETTA G. WHYTE
CLERK

IN RE;   JACQUELINE CARR

CIVIL APPEAL: CV-00-022

SECTION "D" (5)

BANKRUPTCY NO.: <u>87-15434</u>

---

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

NOW INTO COURT, through undersigned counsel, comes Jean O. Turner, Trustee in the bankruptcy of Jacqueline Carr, bankruptcy number 87-15434, who moves for an extension of time to file her reply brief in the above referenced Appeal for the following reasons:

I.

An Appeal was taken by the debtor from an Order rendered by Judge Brown dated October 26, 1999. The Appeal was subsequently dismissed. However, it has now been reinstated.

II.

Counsel for the trustee recently requested an extension of time to file an Appellee's brief. This Court generously granted an extension until April 28, 2000 to file a reply brief. Upon further examination of the Appeal filed by the debtor in the underlying bankruptcy and research into the jurisprudence, it appears that this appeal should simply be dismissed. The Trustee requests an additional extension at this time until after the determination on the Motion to Dismiss which the Trustee will be filing on April 27, 2000. This Motion will be based upon the fact that the appeal is moot since the property which was the subject of the Bankruptcy Order has been sold. The case law is clear that an appeal in this instance is moot and the Court lacks jurisdiction.

DATE OF ENTRY

APR 2 8 2000



III.

The Trustee files this Motion for Extension at this time in order to prevent the unnecessary preparation of a brief. The bankruptcy estate does not have the necessary funds to continue fighting frivolous appeals filed by the debtor. The Trustee therefore respectfully requests an additional indefinite extension until after the determination on the Motion to Dismiss.

Respectfully submitted,

NEWMAN, MATHIS, BRADY,
   WAKEFIELD & SPEDALE
A Professional Law Corporation
212 Veterans Boulevard
Metairie, Louisiana 70005
(504) 837-9040

By: _____
    GERARD O. SALASSI IV
    LA Bar Roll No. 19769

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Ms. Ms. Jacqueline Carr, 535 Cross Gates Boulevard, Slidell, Louisiana 70461, and on all counsel of record by depositing same in the U.S. Mail, postage prepaid, this 26 day of April, 2000.

_____
GERARD O. SALASSI IV

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE;  JACQUELINE CARR                    CIVIL APPEAL: CV-00-022

                                          SECTION "D" (5)
                                          BANKRUPTCY NO.: <u>87-15434</u>

_____

ORDER

Considering the Motion for Extension of Time filed by the trustee;

**IT IS ORDERED** that trustee be granted an extension of time and that Jean O. Turner,

Trustee, be granted an extension of time until 15 days after the ruling on the

Motion to Dismiss, to file a reply brief, if necessary.

New Orleans, Louisiana, this _26_ day of _APR_, 2000.

_____
JUDGE