

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE JACQUELINE CARR          *          CIVIL ACTION

                               *          NO: 00-22

                               *          SECTION: "D"(5)


## J U D G M E N T

For the reasons set forth in this court's Order of Dismissal dated June 28, 2000,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Bankruptcy Appeal in the above captioned matter be dismissed as moot.

New Orleans, Louisiana, this 28 day of June, 2000.

            _____
                    A. J. McNAMARA
                    CHIEF JUDGE

DATE OF ENTRY
JUN 2 9 2000