UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE JACQUELINE CARR                    CIVIL ACTION: 00-22

                                         SECTION: "D" (5)

---

NOTICE OF APPEAL

Jacqueline Carr, in proper person, hereby gives notice of her election to appeal to the United States Court of Appeals for the Fifth Circuit from the final Judgment of Dismissal of Appeal, rendered and signed the 28th day of June, 2000, and entered June 29, 2000, by the Honorable A. J. McNamara, United States Judge for the Eastern District of Louisiana.

New Orleans, LA. this 31st day
of July 2000.

Respectfully submitted,

JACQUELINE CARR, PRO SE
535 Cross Gates Boulevard
Slidell, Louisiana 70461
(504) 781-2230

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appeal was served on all parties and counsel of record, this 31st day of July 2000, postage pre-paid, United States First Class Mail.

JACQUELINE CARR